# EXHIBIT A

# I.   DEFINITIONS

Throughout this **Service Contract** certain words and phrases are used that have special meanings. These terms appear in **boldface type**. Their meanings are listed below:

**Actual Cash Value (ACV) –** Means the National Auto Dealers Association (NADA) published average wholesale value of **Your Vehicle** immediately prior to **Breakdown** taking age, condition, and mileage into consideration.

**Administrator –** Means the company that provides administrative services for this **Service Contract**: National Administrative Service Co., LLC, 5500 Frantz Road, Suite 120, Dublin, OH 43017, (866) 356-1500. (Arizona, New Mexico, New York, Virginia and Washington Residents: The **Administrator** is Dimension Service Corporation, 5500 Frantz Road, Suite 120, Dublin, OH 43017, (866) 994-7063.)

**Application –** Means the document, which must be attached to and forms part of this **Service Contract**. It lists information regarding **You**, **Your Vehicle**, **Coverage Selected** and other vital information.

**Breakdown –** Means the inability or failure of a **Covered Part** to perform the function for which it was intended by the manufacturer as a result of the normal use of **Your Vehicle**.

**Claim(s) –** Means a request made by **You** for benefits under this **Service Contract**.

**Coverage, Coverage Selected –** Means the protection **You** have selected, as shown in the Coverage Information section of the **Application**.

**Covered Part(s) –** Refers to the mechanical or electrical components described under **Section II. SCHEDULE OF COVERAGE**, as contained in this **Service Contract** which are original parts on **Your Vehicle** at the time of its purchase by **You** or like replacement parts meeting the manufacturer's specifications.

**Deductible –** Means the amount **You** are required to pay, as shown in the Coverage Information section of the **Application**, per repair for covered **Breakdowns**.

**Licensed Repair Facility –** Refers to the entity that is, has, or will be performing repairs to **Your Vehicle**. Such facility must be licensed and/or approved by the state to perform automotive repairs, must have a tax identification number where required, and be capable of performing the needed repairs to **Your Vehicle**.

**Lienholder –** Means the party responsible for collecting payments on **Your Service Contract**, as identified in the Lienholder Information section of the **Application** and the separate payment plan agreement **You** entered at the time of **Service Contract** purchase.

**Manufacturer's Warranty –** Means the warranty provided at no additional cost to **You** by the **Vehicle's** manufacturer.

**Odometer Reading at Purchase Date –** Means the original mileage on **Your Vehicle's** odometer on the **Service Contract Purchase Date** as shown in the Coverage Information section of the **Application**.

**Reasonable Cost –** Means the repair costs that are recognized locally and/or nationally for a similar repair. **We** may use published parts and labor guides to establish **Our** costs. The **Administrator** reserves the right to determine recognized labor manuals. The maximum hourly labor rate that **We** will pay shall not exceed what is usual and customary where **Your Vehicle's Breakdown** occurred.

**Seller –** Means the entity who sold **You** this **Service Contract** as identified in the Seller Information section of the **Application**.

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION. CLAIMS: (877) 356-1500**

**Service Contract –** Means this document, which includes the **Application**, that **You** have purchased from the **Seller** to protect **Your Vehicle**.

**Service Contract Purchase Date –** Means the sale date of this **Service Contract** to **You** as shown in the Coverage Information section of the **Application**.

**Vehicle, Your Vehicle –** Means the **Vehicle** that is described in the Vehicle Information section of the **Application**.

**Waiting Period –** Means the later of thirty (30) days *AND* one thousand (1,000) miles or ninety (90) days *AND* two hundred (200) miles from the **Service Contract Purchase Date**.

**We, Us, Our, Provider –** Means the **Service Contract Provider ('Provider')** and is identified as: National Administrative Service, Co., LLC, 5500 Frantz Road, Suite 120, Dublin, OH 43017, (877) 356-1500, who is obligated to provide services and pay **Claims** under this **Service Contract**. (Arizona, New Mexico, New York, Virginia and Washington Residents: The **Provider** is Autoguard Advantage Corporation, 5500 Frantz Road, Suite 120, Dublin, OH 43017, (866) 994-7063.)

**You**, **Your, Purchaser, Service Contract Holder –** Means the individual shown in the Purchaser Information section of the **Application**, or the person to whom this **Service Contract** was properly transferred.

## II.   SCHEDULE OF COVERAGE

**We** will pay or reimburse **You** for **Reasonable Costs** to repair or replace any **Breakdown** of a mechanical part or component **(Covered Part(s))** listed below, less any **Deductible(s) You** are required to pay, in accordance with **Section IV. GENERAL PROVISIONS** contained in this **Service Contract**. Reimbursement amounts for replacement parts or components may be based on new, remanufactured, non-OEM or used parts, at Our sole discretion.

**BASIC COVERAGE:**

1.  **Engine (Only the Following Parts Are Covered):** Pistons, piston rings, piston pins, crankshaft and main bearings, connecting rods and rod bearings, camshaft and camshaft bearings, timing chain and timing gears, intake and exhaust valves, valve guides, valve springs, oil pump, push rods, rocker arms, hydraulic lifters, rocker arm shafts and water pump.

    **Turbocharger/Supercharger (Factory Installed Only and Only If the Application Shows That You Have Paid the Mandatory Surcharge For Turbo/Supercharger Coverage):** Housing and all internal parts. No other parts are included under this **Service Contract**. Seals and gaskets are only covered when required in connection with the replacement of a **Covered Part**.

2.  **Transmission/Transaxle:** All internally lubricated parts contained within the manual or automatic transmission housing, including oil pump, drums, planetary, sun gear and shell, shafts, bearings, side gears, carrier, pinion gear, ring gear, shift rails, forks, synchronizers, and torque converter. Transmission/Transaxle Case is covered only if damaged by an internally lubricated **Covered Part**. Damage resulting from failures by related parts or units such as, but not limited to: friction parts, such as clutches of any kind, levers, controls, linkage, cables, radiator, coolers, rubber mounts, external or internal metal or rubber lines or hoses, viscous couplings, and internal or external electrical components of the transmission are not covered. Seals and gaskets are only covered when required in connection with the replacement of a **Covered Part**.

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION. CLAIMS: (877) 356-1500**

3. **Transfer Case:** All internally lubricated parts contained within the 4X4 Transfer Case (only if the **Application** shows that **You** have paid the mandatory surcharge for 4WD/AWD coverage). The transfer case is covered only if damaged by an internally lubricated **Covered Part**. Seals and gaskets are only covered when required in connection with the replacement of a **Covered Part**.

4. **Differential:** All internally lubricated parts contained within the differential housing. Seals and gaskets are only covered when required in connection with the replacement of a **Covered Part**.

**OPTIONAL SURCHARGED COVERAGE:**

If **You** have selected and purchased any of the Optional Surcharged Coverage items and the appropriate box is marked on the **Application**, **We** will pay or reimburse **You** for **Reasonable Costs** to repair or replace any **Breakdown** of a mechanical or electrical part or component (**Covered Part(s)**) listed below, less any **Deductible(s) You** are required to pay, in accordance with **Section IV. GENERAL PROVISIONS** contained in this **Service Contract**. **Reimbursement amounts for replacement parts or components may be based on new, remanufactured, non-OEM or used parts, at Our sole discretion.** Non-OEM parts deemed by the **Administrator** to be of equal quality as the **Covered Part(s)** that failed, immediately before the failure, taking into account the part's wear, age, and mileage.

1. **Drive Axle:** CV and u-joints, drive axles and shafts.

2. **Air Conditioning:** All internally lubricated parts contained within the compressor housing case(s). Seals and gaskets are only covered when required in connection with the replacement of a **Covered Part**.

3. **Electrical:** Alternator, voltage regulator, power window motor(s), heater fan/motor, and starter motor.

4. **Fuel:** Fuel delivery (mechanical) pump, fuel injection pump, metal fuel delivery lines, and fuel tank.

5. **Seals and Gaskets:** Leaking seals and gaskets for any **Covered Part** listed. Minor seepage of fluid is considered normal and does not qualify for **Coverage** under this **Service Contract**.

## III. PERSONAL PROTECTION AND ROAD SERVICE BENEFITS

**THE FOLLOWING BENEFITS ARE NOT SUBJECT TO A DEDUCTIBLE:**

1. **Towing Benefit:** In the event of a **Breakdown** covered by this **Service Contract**, **We** will pay or reimburse **You** for receipted towing expenses up to one hundred dollars ($100) per occurrence. Any payment shall be for actual towing charges in excess of applicable reimbursement from the manufacturer or any other towing coverage.

2. **Rental Benefit:** In the event of a **Breakdown** covered by this **Service Contract**, **We** will pay or reimburse **You** for receipted expenses to rent a replacement vehicle (from a licensed rental agency) or for alternate public transportation while **Your Vehicle** is at a **Licensed Repair Facility**. Coverage will be provided to **You** up to a maximum of thirty-five dollars ($35) for every eight (8) labor hours, or portion thereof, of applicable labor time required to complete the repair, up to a maximum of one hundred seventy-five dollars ($175) for each repair visit. In addition, a maximum of four (4) additional days of rental coverage are available for part(s) delays and/or **Vehicle** inspection requested by the **Administrator**.

3. **Trip Interruption:** In the event a **Breakdown** covered by this **Service Contract** occurs more than one hundred (100) miles from **Your** home and results in a **Licensed Repair Facility** keeping **Your Vehicle** overnight, **We** will reimburse **You** for receipted motel and restaurant expenses, up to one hundred twenty-five dollars ($125) per day for a maximum of three (3) days for a total benefit per occurrence of three hundred seventy-five dollars ($375).

4. **Road Service Benefit:** In the event **Your Vehicle** becomes disabled and requires on-site assistance (from a **Licensed Repair Facility**) for vehicle extrication, fuel or fluid delivery, or battery boost/jump, **We** will reimburse **You** for receipted expenses (excluding the cost of fluids or fuel expense) up to a maximum of one hundred dollars ($100) per occurrence. ***This benefit excludes towing.***

In the event **You** require road service benefits listed under this section, contact the road service benefits administrator at (866) 994-4667 for prior approval.

## IV.   GENERAL PROVISIONS

This **Service Contract** is between **You** and **Us**, and is subject to all the terms and conditions contained herein:

A. **Service Contract Coverage Period:**

**Coverage** begins at the later of thirty (30) days after the **Service Contract Purchase Date** *AND* one thousand (1,000) miles or ninety (90) days *AND* two hundred (200) miles after the **Odometer Reading at Purchase Date** and shall continue to be in effect until the **Service Contract** is terminated, cancelled, voided or when either the **Vehicle's** odometer registers the mileage indicated on the **Application** as "Expiration Mileage" or the date listed as "Expiration Date, whichever occurs first.

**We** reserve the right to refuse, cancel, terminate, or void any **Service Contract** which does not meet **Our** underwriting guidelines, is submitted with insufficient payment, or if **You** make a material misrepresentation in obtaining this **Service Contract** or in the submission of a **Claim**.

B. **Coverage Provided:**

**We** will reimburse **You** or a **Licensed Repair Facility** for the costs to repair or replace **Covered Parts** that fail due to a **Breakdown**, less any applicable **Deductible**. Labor fees are reimbursed according to a nationally recognized labor guide and subject to a maximum per hour rate not to exceed the limit stated in **Section IV. GENERAL PROVISIONS – D. Limit of Liability**. Replacement parts may be new, remanufactured, or of like kind and quality. Reimbursement is based on the Manufacturer's Suggested Repair Price for parts and the labor is based on a nationally recognized labor manual.

C. **Territory:**
This **Service Contract** applies only to **Breakdowns** that occur in the United States or Canada.

D. **Limit of Liability:**
**Our** total Aggregate Limit of Liability for all **Claims** paid or payable during the term of this **Service Contract** shall not exceed a total dollar amount of ten thousand ($10,000) dollars.

Once the maximum limit of liability has been reached, this **Service Contract**, its transfer and cancellation rights terminate and no further **Claims** can be made against **Us**. **We** will not be liable to **You** for consequential damages or injuries, nor for any costs or expenses that provide betterment, upgrade, or enhancement to **Your Vehicle**. This limit of liability applies regardless of the cause and regardless of the legal theory asserted. There are no warranties that extend

beyond the description on the face hereof. The warranties of merchantability and fitness for a particular purpose are expressly excluded and disclaimed.

E.   **Deductible:**

In the event of a **Breakdown** covered by this **Service Contract**, **You** are required to pay a **Deductible**, as shown on the **Application**, per repair for covered **Breakdowns**.

F.   **Transfer of Service Contract:**

**Your Service Contract** may be transferable to someone to whom **You** sell or otherwise transfer **Your Vehicle** while this **Service Contract** is still in force. This **Service Contract** cannot be transferred if the title transfer of **Your Vehicle** passes through an entity other than the subsequent buyer, or **Your Vehicle** is sold or traded to a dealership, leasing agency or entity/individual in the business of selling vehicles. This **Service Contract** can only be transferred once and the transfer must be initiated by the original **Service Contract Purchaser**. In order to transfer the **Service Contract**, the following must be submitted to the **Administrator** within thirty (30) days of the change of ownership to the subsequent individual purchaser:

- A completed transfer application form signed by **You** and the purchaser of **Your Vehicle**. (Contact the **Administrator** to obtain a copy of the transfer application form);

- A seventy-five dollar ($75) transfer fee made payable to the **Administrator**; and

- Copies of all **Your** maintenance and service receipts for the **Vehicle** as required in **Section VI. YOUR RESPONSIBILITIES FOR SERVICE AND MAINTENANCE.**

Forward all required documentation to the **Administrator** at the address shown in the Declarations Section of the **Application**. Any **Manufacturer's Warranty** must also be transferred at the same time as **Vehicle** ownership transfer. **NOTE:** The term and/or coverage under some vehicle manufacturer's warranties are reduced upon transfer to a subsequent vehicle owner. **Breakdowns** to components covered by the manufacturer during the term of the original **Manufacturer's Warranty** are not covered under this **Service Contract** regardless of transfer. Copies of all maintenance records and original receipts showing actual oil changes and manufacturer's recommended maintenance must be given to the new owner and provided to the **Administrator** at the time of submission of the transfer request. These maintenance records must be retained along with similar documentation for future maintenance work that the new owner has performed in accordance with **Section VI. YOUR RESPONSIBILITIES FOR SERVICE AND MAINTENANCE**. If these requirements are not met, the **Administrator** has the right to deny transfer of this **Service Contract**.

G.   **Cancellation Provisions:**

1.   **You** may cancel this **Service Contract** at any time by contacting **Us** to complete and sign a cancellation form or by mailing written notice to **Us** of **Your** desire to cancel the **Service Contract**.

     a.   In either instance the request must be accompanied by a notarized odometer affidavit indicating the current odometer reading as of the date of the cancellation request.

     b.   The request for cancellation must be made to **Us** no later than forty-five (45) days of the date that the cancellation is to be effective.

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION. CLAIMS: (877) 356-1500**

2.  If no **Claim** has been made under this **Service Contract**, **You** may return this **Service Contract** within the first thirty (30) days. The **Service Contract** will be void and **We** will refund to **You** the full amount of money paid by **You**. This right to void the **Service Contract** is not transferable and applies only to the original **Service Contract Holder**.

3.  If the purchase price of **Your Service Contract** has been paid in full at the time of **Your** cancellation request and **You** cancel this **Service Contract** after the first thirty (30) days or any time after a **Claim** has been authorized or paid, **We** will refund an amount of the **Service Contract** price according to the pro-rata method which reflects the greater of the days in force or the miles driven based on the term of the **Coverage Selected** and the date **Coverage** began, less any **Claims** paid or payable on the **Service Contract** where applicable by law. (In the event of a cancellation due to repossession only, **Claims** paid shall not be deducted from any cancellation refund due.) An administrative fee of seventy-five dollars ($75) will be deducted from the cancellation refund.

    If the purchase price of **Your Service Contract** has not been paid in full at the time of **Your** cancellation request, any refund due may be fully or partially paid to the **Lienholder** or other party responsible for collecting payment on **Your Service Contract**, as listed on the **Application**, or any separate payment plan agreement entered into at the time of purchase.

4.  After this **Service Contract** has been in force for more than thirty (30) days, **We** may cancel this **Service Contract** only for:

    a.  Non-payment of the **Service Contract** purchase price;

    b.  Intentional misrepresentation in obtaining the **Service Contract**;

    c.  Intentional misrepresentation in the submission of a **Claim**; or

    d.  Discovery of an act or omission by **You** or a violation of any of the condition of this **Service Contract** which occurs after the purchase date of this **Service Contract** and which substantially and materially increases the service required under this **Service Contract**.

5.  **We** may cancel this **Service Contract** by mailing written notice to **You** at **Your** last known address at least ten (10) days prior to the effective date of cancellation with the reason for the cancellation in the notice.

6.  If **You** finance this **Service Contract**, payments made will apply only to **Your Service Contract**, not **Your Vehicle**. The **Lienholder** shown on the **Application** may cancel **Your Service Contract** in the event of **Your** non-payment of the **Service Contract** charge. In the event **Your Service Contract** is cancelled for non-payment, **You** forfeit any and all refund rights under this **Service Contract**.

7.  **Your Service Contract** may be cancelled for non-payment of the **Service Contract** purchase price or if **Your Vehicle** is declared a total loss or repossessed.

8.  If **Your Service Contract** was financed and **You** or **We** cancel this **Service Contract**, the **Lienholder**, if any, will be named on a cancellation refund check as their interest may appear.

9.  If **You** or **We** have cancelled this **Service Contract** and **You** have not received a refund from **Us** within thirty (30) days of such cancellation, **You** may make a **Claim** with the insurance company identified herein.

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION. CLAIMS: (877) 356-1500**

**NOTE:** These Cancellation Provisions apply to the original **Service Contract Purchaser**. **Service Contracts** that have been transferred are not eligible for cancellation.

**H.   Right of Removal:**

In the event of any dispute between **Us** and the **Licensed Repair Facility**, **We** shall have the right, with **Your** permission, to move the **Vehicle** to a **Licensed Repair Facility** of **Our** choice.

**I.   Subrogation:**

In the event that **Coverage** is provided under this **Service Contract**, **We** shall be subrogated to all the rights **You** may have to recover against any person or organization arising out of any safety defect which is the subject of a voluntary or mandatory recall campaign, as well as out of any order, judgment, consent decree, or other settlement. **You** shall execute and deliver instruments and papers and do whatever is necessary to secure such rights. **You** shall do nothing to prejudice those rights. Further, all amounts recovered by **You** for which **You** have received benefits under this **Service Contract** shall belong to, and be paid to **Us**, up to the amount of benefits paid under this **Service Contract**.

**J.   Manufacturer's Statement**

If the term of this **Service Contract** overlaps with the term of **Your Manufacturer's Warranty**, look first to **Your Manufacturer's Warranty** for coverage. This **Service Contract** excludes coverage for any loss covered by **Your Manufacturer's Warranty**, but may nevertheless provide benefits in addition to those provided by **Your Manufacturer's Warranty**.

## V.   WHAT IS NOT COVERED

THIS SERVICE CONTRACT DOES NOT PROVIDE COVERAGE:

**A.**   FOR ANY PARTS OR COMPONENTS NOT SPECIFICALLY LISTED UNDER SECTION II. SCHEDULE OF COVERAGE, OR ANY PARTS OR COMPONENTS LISTED UNDER "OPTIONAL SURCHARGED COVERAGE" WHERE THE APPLICABLE SURCHARGE HAS NOT BEEN PAID.

**B.**   FOR ANY CLAIM NOT RECEIVING PRE-AUTHORIZATION FOR REPAIRS FROM THE ADMINISTRATOR (EXCEPT AS MAY OTHERWISE BE PROVIDED UNDER SECTION VI. YOUR RESPONSIBILITIES FOR SERVICE AND MAINTENANCE – ITEM B3. EMERGENCY REPAIRS).

**C.**   FOR MAINTENANCE SERVICES AND/OR PARTS DESCRIBED AS SUCH BY THE MANUFACTURER AND OTHER NORMAL MAINTENANCE SERVICES AND PARTS WHICH INCLUDE, BUT ARE NOT LIMITED TO: ALIGNMENTS, ADJUSTMENTS, CLEANING, WHEEL BALANCING, TUNE-UPS, SPARK PLUGS, SPARK PLUG WIRES, GLOW PLUGS, MANUAL TRANSMISSION CLUTCH ASSEMBLY (FRICTION CLUTCH DISC, PRESSURE PLATE, FLYWHEEL, AND THROW OUT AND PILOT BEARINGS), MANUAL AND HYDRAULIC LINKAGES, HOSES, DRIVE BELTS, SHOP SUPPLIES, AND ENVIRONMENTAL WASTE CHARGES; ANY COMPONENT THAT ITS SOLE PURPOSE IS FOR ILLUMINATION SUCH AS BUT NOT LIMITED TO: SEALED BEAMS, HIGH-INTENSITY DISCHARGE (XENON) HEADLAMPS OR ASSEMBLIES, LEDs, LIGHT BULBS, AND LENSES.

**D.**   FOR ANY BREAKDOWN RESULTING FROM AN OUTSIDE FORCE INCLUDING: ROAD HAZARD, COLLISION, FIRE, THEFT, VANDALISM, RIOT, EXPLOSION, LIGHTNING, EARTHQUAKE, FREEZING, RUST OR CORROSION, WINDSTORM, HAIL, WATER OR FLOOD, ACTS OF GOD, SALT, ENVIRONMENTAL DAMAGE, INTRODUCTION OF

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION. CLAIMS: (877) 356-1500**

FOREIGN OBJECTS, CHEMICALS; CONTAMINATION OF FLUIDS, FUELS, COOLANTS, OR LUBRICANTS; ANY HAZARD INSURABLE UNDER STANDARD PHYSICAL DAMAGE INSURANCE POLICIES REGARDLESS OF WHETHER SUCH INSURANCE IS IN FORCE, OR ANY CONSEQUENTIAL DAMAGE OR DIMINUTION IN VALUE RESULTING FROM THE FAILURE OF A COVERED OR NON-COVERED PART. DAMAGE RESULTING FROM COAGULATED COOLANTS OR OIL SLUDGE IS NOT COVERED.

E.    FOR ANY BREAKDOWN CAUSED BY NEGLIGENCE, LACK OF SCHEDULED MAINTENANCE REQUIRED BY THE MANUFACTURER'S MAINTENANCE SCHEDULE FOR YOUR VEHICLE (SEE SECTION VI. YOUR RESPONSIBILITIES FOR SERVICE AND MAINTENANCE, ITEM A. MAINTENANCE REQUIREMENTS AND SERVICE HISTORY), FOR IMPROPER SERVICING OR REPAIRS PERFORMED BY YOU OR A LICENSED REPAIR FACILITY, OR FAILURE TO PROTECT YOUR VEHICLE FROM FURTHER DAMAGE HAS OCCURRED (INCLUDING FAILURE TO REPLACE LEAKING SEALS AND/OR GASKETS IN A TIMELY MANNER). FAILURE TO PROVIDE VERIFIABLE PROOF OF MAINTENANCE WILL VOID COVERAGE. ANY BREAKDOWN CAUSED BY THE FAILURE TO MAINTAIN PROPER LEVELS OF LUBRICANTS, AND/OR COOLANTS, OR ANY BREAKDOWN RESULTING FROM OVERHEATING REGARDLESS OF THE CAUSE.

F.    FOR VOICE RECOGNITION SYSTEMS; PERIMETER WARNING SYSTEMS OR ANY PART THEREOF; AND INFRARED SYSTEMS OR ANY PART THEREOF.

G.    FOR ANY REPAIR OR REPLACEMENT OF ANY COVERED PART IF A FAILURE OF THAT PART HAS NOT OCCURRED, OR REPAIR OR REPLACEMENT OF PARTS IN CONNECTION WITH A COVERED REPAIR WHEN THOSE PARTS ARE NOT NECESSARY FOR THE COMPLETION OF THE COVERED REPAIR, OR WERE NOT DAMAGED BY THE FAILURE OF A COVERED PART. SUCH REPAIR OR REPLACEMENT IS CONSIDERED AN IMPROVEMENT TO YOUR VEHICLE AND IS NOT COVERED BY THIS SERVICE CONTRACT.

H.    IF ANY ALTERATIONS NOT RECOMMENDED BY THE MANUFACTURER HAVE BEEN MADE TO YOUR VEHICLE, OR IF YOU ARE USING OR HAVE USED YOUR VEHICLE IN A MANNER NOT RECOMMENDED BY THE MANUFACTURER.

I.    FOR VEHICLES THAT DO NOT HAVE A VALID MANUFACTURER'S VIN OR ARE TITLE BRANDED AS SALVAGE, JUNK, REBUILT, TOTALED, FLOOD DAMAGED, OR MANUFACTURER BUYBACK.

J.    FOR ANY BREAKDOWN IF THE VEHICLE'S ODOMETER HAS BEEN ALTERED OR CEASED TO OPERATE SO THE ACTUAL VEHICLE MILEAGE CANNOT BE DETERMINED.

K.    FOR ANY LIABILITY FOR PROPERTY DAMAGE, OR FOR INJURY TO OR DEATH OF ANY PERSON, ARISING OUT OF THE OPERATION, MAINTENANCE, OR USE OF YOUR VEHICLE DESCRIBED IN THIS SERVICE CONTRACT, WHETHER OR NOT RELATED TO THE COVERED PARTS. FOR LOSS OF USE, TIME, SHOP DELAYS, PARTS AVAILABILITY, PROFIT, INCONVENIENCE, OR ANY OTHER LOSS OR INCIDENTAL CHARGES.

L.    IF YOUR VEHICLE IS USED FOR TOWING A TRAILER OR ANOTHER VEHICLE OR OBJECT UNLESS YOUR VEHICLE IS EQUIPPED WITH A FACTORY INSTALLED OR FACTORY AUTHORIZED TOW PACKAGE. NO COVERAGE WILL BE PROVIDED IF YOUR VEHICLE IS USED FOR BUSINESS OR COMMERCIAL USE SUCH AS BUT NOT LIMITED TO: RENTAL, TAXI, LIMOUSINE OR SHUTTLE SERVICES, RIDE SHARE ENTERPRISES, DELIVERY, TOWING, ROAD REPAIR OPERATIONS, CONSTRUCTION, JOB SITE ACTIVITIES, HAULING, POLICE OR EMERGENCY SERVICE, PRINCIPALLY OFF-ROAD

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION. CLAIMS: (877) 356-1500**

USE, RACING OR COMPETITIVE DRIVING, SNOW REMOVAL, ROUTE WORK, SERVICE OR REPAIR WORK, OR ANY USE INVOLVING REGULAR MULTIPLE DRIVERS.

M.   THE DAMAGE TO A NON-COVERED PART RESULTING FROM THE FAILURE OF A COVERED PART, OR DAMAGE OF A COVERED PART RESULTING FROM THE FAILURE OF A NON-COVERED PART.

N.   FOR CLAIMS MADE IF THE SERVICE CONTRACT HOLDER NO LONGER OWNS THE VEHICLE REGARDLESS OF WHEN THE FAILURE HAS OCCURRED.

O.   FOR ANY BREAKDOWN OR CONDITION OCCURRING PRIOR TO OR DURING THE WAITING PERIOD.

P.   FOR BREAKDOWNS THAT OCCUR TO YOUR VEHICLE OUTSIDE THE UNITED STATES OF AMERICA OR CANADA.

Q.   FOR DAMAGE AND/OR BREAKDOWN CAUSED BY THE LEAKING OR FAILURE OF ANY SEAL OR GASKET, UNLESS THE APPLICATION SHOWS THAT YOU HAVE PURCHASED THE SURCHARGE FOR SEALS AND GASKETS OPTIONAL COVERAGE AND ONLY AS DEFINED UNDER SECTION II. SCHEDULE OF COVERAGE.

R.   FOR ANY BREAKDOWN CAUSED BY THE GRADUAL REDUCTION IN OPERATING PERFORMANCE DUE TO NORMAL WEAR AND TEAR BASED ON THE AGE AND MILEAGE OF THE VEHICLE.

S.   FOR FAILURE TO ANY COVERED PART(S) CAUSED BY ANY OUTSIDE INFLUENCE OR PHYSICAL DAMAGE, INCLUDING BENT PARTS.

## VI.   YOUR RESPONSIBILITIES FOR SERVICE AND MAINTENANCE

A.   <u>Maintenance Requirements and Service History:</u> You must have Your Vehicle checked and serviced in accordance with the manufacturer's recommendations, as outlined in the Vehicle Owner's Manual for Your Vehicle.
<u>NOTE:</u> Your Vehicle Owner's Manual lists different servicing recommendations based on Your individual driving habits and climate conditions. You are required to follow the normal or severe maintenance schedule that applies to Your conditions. Failure to follow the manufacturer's recommendations that apply to Your specific conditions may result in the denial of Coverage.
It is required that You retain "Proof" of maintenance for the service and/or repair work performed on Your Vehicle, regardless if the work was performed by You or a Licensed Repair Facility. "Proof" means repair orders from a Licensed Repair Facility and/or a self-maintained maintenance log that has corresponding "purchase receipts" for oil, filter, coolant, brake system flush, etc. A self-maintained log without corresponding "purchase receipts" is not acceptable as "Proof" of maintenance.
Repair orders from a Licensed Repair Facility must be readable and understandable, with customer complaint and repair diagnosis, parts, labor hours, vehicle identification number, date, Vehicle mileage, Your name and signature, repair facility name address and phone number, repair totals, Deductible (if applicable, and method of payment to satisfy the repair order. "Proof" of maintenance and/or Your self-maintained log, with corresponding original receipts, may be requested by the Administrator for related repairs.

**B.** <u>In Case of Breakdown or Failure:</u>

If Your Vehicle incurs a Breakdown, You must take the following steps to file a Claim:

1. <u>Prevent Further Damage</u> – Take immediate action to prevent further damage. This Service Contract will not cover the damage caused by not securing a timely repair of the failed component. You may take Your Vehicle to any Licensed Repair Facility of Your choice.

2. <u>Provide Evidence of Coverage</u> – Provide the Licensed Repair Facility with a copy of Your Service Contract and/or Your Service Contract number.

3. <u>Obtain Claim Authorization From the Administrator</u> – Prior to any repair being made, instruct the service manager at the Licensed Repair Facility to obtain an authorization for the Claim. Any Claim for repairs made without prior authorization will not be covered except as provided under "Emergency Repairs".

   The amount authorized by the Administrator is the maximum amount that will be paid for any repairs covered under the terms of this Service Contract. Any additional amount must receive prior approval from the Administrator.

   <u>Emergency Repairs</u> – Should an emergency occur which requires a Breakdown repair to be made at a time when the Administrator's office is closed, You must call the Administrator's office the next business day after the date of repair to determine if such repair will be covered. If it is determined that the repair is to be covered by this Service Contract, You will be reimbursed for the repair. Reimbursement is based on the Manufacturer's Suggested Repair Price for Parts and the labor is based on a nationally recognized labor manual.

   <u>NOTE:</u> Emergency repairs exceeding four hundred dollars ($400) in close must always be pre-authorized by the Administrator. You assume all liability for payment of repairs that are not authorized to the Licensed Repair Facility. Should the Claim be accepted, You will be reimbursed as specified in Section IV. <u>GENERAL PROVISIONS</u> – Item B. <u>Coverage Provided</u>.

   The toll-free number for Emergency Repairs outside of normal business hours is: (877) 356-1500.

4. <u>Authorize Tear-Down and/or Inspection</u> – In some cases, You may need to authorize the Licensed Repair Facility to inspect and/or tear-down Your Vehicle in order to determine the cause and cost of the repair. You will be responsible for these charges if the Breakdown is not covered under this Service Contract. We reserve the right to require an inspection of Your Vehicle prior to any repair being made.

5. <u>Review Coverage</u> – After the Administrator has been contacted, review with the service manager what will be covered by this Service Contract.

6. <u>Pay Any Applicable Deductible</u> – At Our election, We will pay the Licensed Repair Facility or reimburse You the amounts authorized by Us for repairs performed on Your Vehicle that are covered by this Service Contract, less any applicable Deductible, as shown in the Coverage Information section of the Application.

7. <u>Submit the Completed Repair Order Within Thirty (30) Days</u> – Once authorization is obtained and the repair is completed, all repair orders must be submitted to the administrator within thirty (30) days to be eligible for reimbursement.

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION. CLAIMS: (877) 356-1500**

## VII.   ARBITRATION

**READ THE FOLLOWING ARBITRATION PROVISION ("PROVISION") CAREFULLY. IT LIMITS CERTAIN OF YOUR RIGHTS, INCLUDING YOUR RIGHT TO OBTAIN RELIEF OR DAMAGES THROUGH COURT ACTION.**

Any legal dispute between **You** and the **Administrator** and/or the **Provider** relating to this **Service Contract** shall be resolved through binding arbitration. To begin the arbitration process, either **You** or **We** must make a written demand to the other party for arbitration. The arbitration will take place before a single arbitrator on the panel of the Better Business Bureau (BBB) for Central Ohio at: 1169 Dublin Road, Columbus, OH 43215-1005. The filing fees to begin and to carry out the arbitration process will be shared equally between **You** and **Us**. The Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, will govern and not any state law on arbitration.

The agreed upon arbitration will be administered in keeping with the Binding Pre-Dispute Rules of the BBB that are in effect when the **Claim** is filed. **You** may get a copy of the BBB's rules by contacting the BBB at: 1169 Dublin Road, Columbus, OH 43215-1005, by calling (614) 486-6336 or by visiting www.bbb.org.

Any party to the arbitration may participate by telephone.

**You** agree and understand that this arbitration provision means that **You** give up **Your** right to go to court for any **Claim** covered by this provision and the remaining terms of this **Service Contract**. The parties agree to arbitrate solely on an individual basis, and that this **Service Contract** does not permit class arbitration or any **Claims** brought as a plaintiff or class member in any class or representative arbitration proceeding. The arbitrator may not consolidate more than one person's **Claims**, and may not otherwise preside over any form of a representative or class proceeding. The arbitrator's ruling shall be final and binding on all parties, except for any right of appeal provided by the Federal Arbitration Act.

## VIII.   CLASS ACTION

Any **Claim** must be brought in the parties' individual capacity, and not as a plaintiff or class member in any purported class, collective, representative, multiple plaintiffs, or similar proceeding ("Class Action"). The parties expressly waive any ability to maintain any Class Action in any forum. An arbitrator shall not have authority to combine or aggregate similar **Claims** or conduct any Class Action nor make an award to any person or entity not a party to the arbitration. Any **Claim** that all or part of this Class Action Waiver is unenforceable, unconscionable, void, or voidable may be determined only by a court of competent jurisdiction and not by an arbitrator.

**THE PARTIES UNDERSTAND THAT THEY WOULD HAVE HAD A RIGHT TO LITIGATE THROUGH A COURT, TO HAVE A JUDGE OR JURY DECIDE THEIR CASE AND TO BE PARTY TO A CLASS OR REPRESENTATIVE ACTION, HOWEVER, THEY UNDERSTAND AND CHOOSE TO HAVE ANY CLAIMS DECIDED INDIVIDUALLY THROUGH ARBITRATION.**

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION. CLAIMS: (877) 356-1500**

EXHIBIT B

Transaction ID: 47D092335F6512931

**Payment sent to AAP**

Payment Status: Completed

Payment Type: In Store Purchase

Gross amount

-$199.00 USD

**We have no postal address on file**

| | | | | | |
|---|---|---|---|---|---|
| ● Mar 12, 2021 | | Id | -$199.00 USD | $0.00 USD | -$199.00 USD |

**Your Payment**

| | |
|---|---|
| **Gross Amount** | -$199.00 USD |
| **PayPal Fee** | $0.00 USD |
| **Net Amount** | -$199.00 USD |
| **Contact info** | AAP |
| **Funding details** | Funding Type: Bank Account |
| | Funding Source: -$199.00 USD – ████████ |

**Need help?**

Go to the Resolution Center for help with this transaction, to settle a dispute or to open a claim.

Yahoo Mail - A Message From AAP

## A Message From AAP

From: Jeff Carr (customerservice@useaap.com)

To: acharlesz@yahoo.com

Date: Thursday, April 8, 2021, 10:50 AM MST

Charles Gonzalez
Po Box 262
Chandler, AZ 85244

***Congratulations on your intelligent decision to activate your vehicle protection plan while you still qualify.*** Statistics show that your decision to protect your vehicle will most likely save you more money than any other form of insurance you currently have. In about 10-14 days, your application will be processed and you should receive your plan in the mail. You will enjoy the peace of mind knowing that your finances will not be disturbed whenever a repair may be necessary.

### Important Benefits*

Claims paid by credit card directly to the repair facility.
Honored at the licensed repair facility of your choice.
Parts and Labor coverage included.
Rental and Towing coverage is included on most plans.
Increased vehicle resale value by offering to transfer the warranty to the new owner.

\* not applicable for all plans

I am happy to answer any questions and I am looking forward to your call.

**Jeff Carr**
**888-678-0697**

### Vehicle



**2008 FORD MUSTANG GT**
Current odometer reading: 133,180
VIN: *************119981

### Coverage Plan

60 Months / 100,000 Miles
Enhanced Powertrain
Expires: 04/10/2026 or 233,180 whichever occurs first
Deductible: $ 100

### Plan Cost

| | |
|---|---|
| Subtotal: | $4053.00 |
| Tax: | 0.00 |
| Total: | 4053.00 |
| $ Down: | 199.00 |
| # Payments: | 22 |

**Monthly Payment:**                      175.18

**Please call me when you receive your paperwork so that I can answer any questions you may have.**

**Click Here to View Terms and Conditions**

AAP | 1300 Old Congress Road West Palm Beach, FL 33409 | 888-678-0697

EXHIBIT C

██████████████████████
████████████████████████████
███████████████████████████
████████████████████████

████████████████████████████████████████

██████████████

████████████████████

**From:** Charles Gonzalez <acharlesz@yahoo.com>
**Sent:** Thursday, June 10, 2021 12:24:40 PM
**To:** Tracee Norfleet <tnorfleet@carguardadmin.com>
**Subject:** Fw: A Message From AAP

----- Forwarded Message -----
**From:** Jeff Carr <customerservice@useaap.com>
**To:** "acharlesz@yahoo.com" <acharlesz@yahoo.com>
**Sent:** Thursday, April 8, 2021, 10:50:54 AM MST
**Subject:** A Message From AAP



Your Protection Plan

# Dear Charles Gonzalez,

**Here is the Policy Card for your 2008 FORD MUSTANG GT.**





**Please print your card (shown at right), fold in half, and keep it in your vehicle** ▶

| AAP |
| --- |
| Charles Gonzalez |
| 1ZVHT82H985119981 |
| **Contract#:** DAE1009605 |
| **Exp:** 04/10/2026   **Ded:** 100 |
| **Coverage:** Enhanced Powertrain |
| **Claims Phone#:** 877-356-1500 |
| **Roadside:** 866-994-4667 |

◀ Cut around box and fold here , ▼

- - - - - - - - - - - - - - - - - - - - - - - -

**In The Event Of A Breakdown**
1. Insure your safety and that of your passengers; protect
   your vehicle from further damage.
2. Deliver your vehicle to a licensed repair facility.
3. Give the repair facility permission to determine the cause of the
   breakdown, the required repairs, and the cost of such repairs.
   **(NOTE: This may include diagnosis and teardown)**
4. Instruct the repair facility to call the claims authorization
   number shown in your contract prior to starting any repairs.
5. The contract administrator will provide a corporate credit
   card to pay for covered repairs.
   * Refer to your contract for complete instructions & contract details

**KEEP THIS CARD IN YOUR MOTOR VEHICLE AT ALL TIMES**

**Get the app**



# Charles, Thank you for Your Business

View Your Policy

*The information show above is NOT a complete description of the coverage, terms,*
*conditions, limitations, exclusions, and other requirements. Read the actual document*
*providing protection for complete details.*
*@*

EXHIBIT D

*AAP*

---

Congratulations!  Your valuable mechanical breakdown protection is detailed in the enclosed contract booklet.  Please look it over and call with any questions you may have. Thank you for your purchase; we look forward to servicing your protection needs.  Please call us for a quote on any other vehicle in your household.  Vehicles under 150,000 miles may qualify for additional coverages, and multi-vehicle discounts are available.

Be sure to familiarize yourself with the coverage, maintenance requirements, and procedures in the event of a mechanical breakdown.  Proper maintenance of your vehicle will contribute to a trouble free driving experience.   You should follow your vehicle manufacturer's recommended maintenance for your driving habits.

We encourage you to store your new service agreement in your vehicle.  This document contains important numbers needed in the event of a breakdown.

Welcome to our family of vehicle owners that have the peace of mind and financial security of mechanical breakdown protection.

**THANK YOU AGAIN!**

*Jeff Carr*

Protection Specialist

**IMPORTANT CONTACT NUMBERS:**

WSTD01

**Enhanced
Powertrain
Coverage**

# VEHICLE SERVICE CONTRACT APPLICATION

**Service Contract Number:**   DAE1009605

| PURCHASER INFORMATION | | | |
|---|---|---|---|
| Last Name: | First Name: | Middle Initial: | Telephone: |
| Spouse Name: | | Email Address: | |
| Street Address: | | City: | State:   Zip Code: |

| SELLER INFORMATION | |
|---|---|
| Seller Name: | Seller Number: |
| Street Address: | Telephone: |
| City: | State:   Zip Code: |

| LIENHOLDER INFORMATION |
|---|
| Lienholder Name: |

| VEHICLE INFORMATION | |
|---|---|
| Year:   Make: | Model: |
| Vehicle Identification Number: | |
| Current Odometer: | Vehicle Purchase Price: N/A |
| Vehicle Purchase Date: N/A | |

| COVERAGE INFORMATION | | |
|---|---|---|
| Service Contract Purchase Date: | Service Contract Purchase Price: | Deductible: |
| Total Months:   Total Miles: | Expiration Date:   Expiration Mileage: | |
| Optional Surcharge Coverage: | | |
| Mandatory Surcharges:: | | |

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION. CLAIMS: (877) 356-1500**

## DECLARATION SECTION

The **Purchaser** understands and acknowledges that:

1. The **Purchaser** has reviewed and understands the **Service Contract** and will abide by the terms of the **Service Contract**.

2. This is an application for a **Service Contract** between the **Purchaser** and the **Provider**, National Administrative Service Co. LLC, located at 5500 Frantz Road, Suite 120, Dublin, Ohio 43017, (877) 356-1500. (Arizona, Louisiana, Nevada, New Mexico, New York, Virginia and Washington Residents: The **Provider** is Autoguard Advantage Corporation, 5500 Frantz Road, Suite 120, Dublin, Ohio 43017, (866) 994-7063.)

3. This **Application** must be received by the **Administrator**, National Administrative Service Co. LLC, 5500 Frantz Road, Suite 120, Dublin, OH 43017, (800) 356-1500 from the **Seller**, verified and accepted by the **Administrator** for **Vehicle** eligibility. (Arizona, Louisiana, Nevada, New Mexico, New York, Virginia and Washington Residents: The **Administrator** is Dimension Service Corporation, 5500 Frantz Road, Suite 100, Dublin, Ohio 43017, (866) 994-7063.)

4. This **Application** will be attached to and become part of the **Service Contract**.

5. The **Purchaser** confirms that the information contained in this **Application** is accurate and complete to the best of their knowledge and belief.

6. Performance to the **Purchaser** under this **Service Contract** is guaranteed by an authorized insurance company. The **Service Contract Purchaser** may file a **Claim** with the insurance company if any promise made in the **Service Contract** has been denied or has not been honored within sixty (60) days from the date proof of loss was filed. The name and address of the insurance company is: American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, FL 33157, (866) 306-6694.

7. **PURCHASE OF THIS SERVICE CONTRACT IS NOT REQUIRED IN ORDER TO PURCHASE A VEHICLE OR OBTAIN VEHICLE FINANCING.**

8. This **Service Contract** contains an arbitration provision which may affect **Your** legal rights. Please review the arbitration section in its entirety to determine whether **Your** legal rights are affected.

## I.  DEFINITIONS

Throughout this **Service Contract** certain words and phrases are used that have special meanings. These terms appear in **boldface type**. Their meanings are listed below:

**Actual Cash Value (ACV) –** Means the National Auto Dealers Association (NADA) published average wholesale value of **Your Vehicle** immediately prior to **Breakdown** taking age, condition, and mileage into consideration.

**Administrator –** Means the company that provides administrative services for this **Service Contract**: National Administrative Service Co., LLC, 5500 Frantz Road, Suite 120, Dublin, OH 43017, (866) 356-1500. (Arizona, New Mexico, New York, Virginia and Washington Residents: The **Administrator** is Dimension Service Corporation, 5500 Frantz Road, Suite 120, Dublin, OH 43017, (866) 994-7063.)

**Application –** Means the document, which must be attached to and forms part of this **Service Contract**. It lists information regarding **You**, **Your Vehicle**, **Coverage Selected** and other vital information.

**Breakdown –** Means the inability or failure of a **Covered Part** to perform the function for which it was intended by the manufacturer as a result of the normal use of **Your Vehicle**.

**Claim(s) –** Means a request made by **You** for benefits under this **Service Contract**.

**Coverage, Coverage Selected –** Means the protection **You** have selected, as shown in the Coverage Information section of the **Application**.

**Covered Part(s) –** Refers to the mechanical or electrical components described under **Section II. SCHEDULE OF COVERAGE**, as contained in this **Service Contract** which are original parts on **Your Vehicle** at the time of its purchase by **You** or like replacement parts meeting the manufacturer's specifications.

**Deductible –** Means the amount **You** are required to pay, as shown in the Coverage Information section of the **Application**, per repair for covered **Breakdowns**.

**Licensed Repair Facility –** Refers to the entity that is, has, or will be performing repairs to **Your Vehicle**. Such facility must be licensed and/or approved by the state to perform automotive repairs, must have a tax identification number where required, and be capable of performing the needed repairs to **Your Vehicle**.

**Lienholder –** Means the party responsible for collecting payments on **Your Service Contract**, as identified in the Lienholder Information section of the **Application** and the separate payment plan agreement **You** entered at the time of **Service Contract** purchase.

**Manufacturer's Warranty –** Means the warranty provided at no additional cost to **You** by the **Vehicle's** manufacturer.

**Odometer Reading at Purchase Date –** Means the original mileage on **Your Vehicle's** odometer on the **Service Contract Purchase Date** as shown in the Coverage Information section of the **Application**.

**Reasonable Cost –** Means the repair costs that are recognized locally and/or nationally for a similar repair. **We** may use published parts and labor guides to establish **Our** costs. The **Administrator** reserves the right to determine recognized labor manuals. The maximum hourly labor rate that **We** will pay shall not exceed what is usual and customary where **Your Vehicle's Breakdown** occurred.

**Seller –** Means the entity who sold **You** this **Service Contract** as identified in the Seller Information section of the **Application**.

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION. CLAIMS: (877) 356-1500**

**Service Contract –** Means this document, which includes the **Application**, that **You** have purchased from the **Seller** to protect **Your Vehicle**.

**Service Contract Purchase Date –** Means the sale date of this **Service Contract** to **You** as shown in the Coverage Information section of the **Application**.

**Vehicle, Your Vehicle –** Means the **Vehicle** that is described in the Vehicle Information section of the **Application**.

**Waiting Period –** Means the later of thirty (30) days *AND* one thousand (1,000) miles or ninety (90) days *AND* two hundred (200) miles from the **Service Contract Purchase Date**.

**We, Us, Our, Provider –** Means the **Service Contract Provider ('Provider')** and is identified as: National Administrative Service, Co., LLC, 5500 Frantz Road, Suite 120, Dublin, OH 43017, (877) 356-1500, who is obligated to provide services and pay **Claims** under this **Service Contract**. (Arizona, New Mexico, New York, Virginia and Washington Residents: The **Provider** is Autoguard Advantage Corporation, 5500 Frantz Road, Suite 120, Dublin, OH 43017, (866) 994-7063.)

**You**, **Your, Purchaser, Service Contract Holder –** Means the individual shown in the Purchaser Information section of the **Application**, or the person to whom this **Service Contract** was properly transferred.

## II.   SCHEDULE OF COVERAGE

**We** will pay or reimburse **You** for **Reasonable Costs** to repair or replace any **Breakdown** of a mechanical part or component **(Covered Part(s))** listed below, less any **Deductible(s) You** are required to pay, in accordance with **Section IV. GENERAL PROVISIONS** contained in this **Service Contract**. **Reimbursement amounts for replacement parts or components may be based on new, remanufactured, non-OEM or used parts, at Our sole discretion.**

**BASIC COVERAGE:**

1. **Engine (Only the Following Parts Are Covered):** Pistons, piston rings, piston pins, crankshaft and main bearings, connecting rods and rod bearings, camshaft and camshaft bearings, timing chain and timing gears, intake and exhaust valves, valve guides, valve springs, oil pump, push rods, rocker arms, hydraulic lifters, rocker arm shafts and water pump.

   **Turbocharger/Supercharger (Factory Installed Only and Only If the Application Shows That You Have Paid the Mandatory Surcharge For Turbo/Supercharger Coverage):** Housing and all internal parts. No other parts are included under this **Service Contract**. Seals and gaskets are only covered when required in connection with the replacement of a **Covered Part**.

2. **Transmission/Transaxle:** All internally lubricated parts contained within the manual or automatic transmission housing, including oil pump, drums, planetary, sun gear and shell, shafts, bearings, side gears, carrier, pinion gear, ring gear, shift rails, forks, synchronizers, and torque converter. Transmission/Transaxle Case is covered only if damaged by an internally lubricated **Covered Part**. Damage resulting from failures by related parts or units such as, but not limited to: friction parts, such as clutches of any kind, levers, controls, linkage, cables, radiator, coolers, rubber mounts, external or internal metal or rubber lines or hoses, viscous couplings, and internal or external electrical components of the transmission are not covered. Seals and gaskets are only covered when required in connection with the replacement of a **Covered Part**.

3.   **Transfer Case:** All internally lubricated parts contained within the 4X4 Transfer Case (only if the **Application** shows that **You** have paid the mandatory surcharge for 4WD/AWD coverage). The transfer case is covered only if damaged by an internally lubricated **Covered Part**. Seals and gaskets are only covered when required in connection with the replacement of a **Covered Part**.

4.   **Differential:** All internally lubricated parts contained within the differential housing. Seals and gaskets are only covered when required in connection with the replacement of a **Covered Part**.

**OPTIONAL SURCHARGED COVERAGE:**

If **You** have selected and purchased any of the Optional Surcharged Coverage items and the appropriate box is marked on the **Application**, **We** will pay or reimburse **You** for **Reasonable Costs** to repair or replace any **Breakdown** of a mechanical or electrical part or component **(Covered Part(s))** listed below, less any **Deductible(s) You** are required to pay, in accordance with **Section IV. GENERAL PROVISIONS** contained in this **Service Contract**. **Reimbursement amounts for replacement parts or components may be based on new, remanufactured, non-OEM or used parts, at Our sole discretion.** Non-OEM parts deemed by the **Administrator** to be of equal quality as the **Covered Part(s)** that failed, immediately before the failure, taking into account the part's wear, age, and mileage.

1.   **Drive Axle:** CV and u-joints, drive axles and shafts.

2.   **Air Conditioning:**   All internally lubricated parts contained within the compressor housing case(s). Seals and gaskets are only covered when required in connection with the replacement of a **Covered Part**.

3.   **Electrical:**   Alternator, voltage regulator, power window motor(s), heater fan/motor, and starter motor.

4.   **Fuel:**  Fuel delivery (mechanical) pump, fuel injection pump, metal fuel delivery lines, and fuel tank.

5.   **Seals and Gaskets:** Leaking seals and gaskets for any **Covered Part** listed. Minor seepage of fluid is considered normal and does not qualify for **Coverage** under this **Service Contract**.

### III.   PERSONAL PROTECTION AND ROAD SERVICE BENEFITS

**THE FOLLOWING BENEFITS ARE NOT SUBJECT TO A DEDUCTIBLE:**

1.   **Towing Benefit:**   In the event of a **Breakdown** covered by this **Service Contract**, **We** will pay or reimburse **You** for receipted towing expenses up to one hundred dollars ($100) per occurrence. Any payment shall be for actual towing charges in excess of applicable reimbursement from the manufacturer or any other towing coverage.

2.   **Rental Benefit:**  In the event of a **Breakdown** covered by this **Service Contract**, **We** will pay or reimburse **You** for receipted expenses to rent a replacement vehicle (from a licensed rental agency) or for alternate public transportation while **Your Vehicle** is at a **Licensed Repair Facility**. Coverage will be provided to **You** up to a maximum of thirty-five dollars ($35) for every eight (8) labor hours, or portion thereof, of applicable labor time required to complete the repair, up to a maximum of one hundred seventy-five dollars ($175) for each repair visit. In addition, a maximum of four (4) additional days of rental coverage are available for part(s) delays and/or **Vehicle** inspection requested by the **Administrator**.

3. **Trip Interruption:** In the event a **Breakdown** covered by this **Service Contract** occurs more than one hundred (100) miles from **Your** home and results in a **Licensed Repair Facility** keeping **Your Vehicle** overnight, **We** will reimburse **You** for receipted motel and restaurant expenses, up to one hundred twenty-five dollars ($125) per day for a maximum of three (3) days for a total benefit per occurrence of three hundred seventy-five dollars ($375).

4. **Road Service Benefit:** In the event **Your Vehicle** becomes disabled and requires on-site assistance (from a **Licensed Repair Facility**) for vehicle extrication, fuel or fluid delivery, or battery boost/jump, **We** will reimburse **You** for receipted expenses (excluding the cost of fluids or fuel expense) up to a maximum of one hundred dollars ($100) per occurrence. ***This benefit excludes towing.***

In the event **You** require road service benefits listed under this section, contact the road service benefits administrator at (866) 994-4667 for prior approval.

## IV.   GENERAL PROVISIONS

This **Service Contract** is between **You** and **Us**, and is subject to all the terms and conditions contained herein:

A. **Service Contract Coverage Period:**

**Coverage** begins at the later of thirty (30) days after the **Service Contract Purchase Date** *AND* one thousand (1,000) miles or ninety (90) days *AND* two hundred (200) miles after the **Odometer Reading at Purchase Date** and shall continue to be in effect until the **Service Contract** is terminated, cancelled, voided or when either the **Vehicle's** odometer registers the mileage indicated on the **Application** as "Expiration Mileage" or the date listed as "Expiration Date, whichever occurs first.

**We** reserve the right to refuse, cancel, terminate, or void any **Service Contract** which does not meet **Our** underwriting guidelines, is submitted with insufficient payment, or if **You** make a material misrepresentation in obtaining this **Service Contract** or in the submission of a **Claim**.

B. **Coverage Provided:**

**We** will reimburse **You** or a **Licensed Repair Facility** for the costs to repair or replace **Covered Parts** that fail due to a **Breakdown**, less any applicable **Deductible**. Labor fees are reimbursed according to a nationally recognized labor guide and subject to a maximum per hour rate not to exceed the limit stated in **Section IV. GENERAL PROVISIONS – D. Limit of Liability**. Replacement parts may be new, remanufactured, or of like kind and quality. Reimbursement is based on the Manufacturer's Suggested Repair Price for parts and the labor is based on a nationally recognized labor manual.

C. **Territory:**

This **Service Contract** applies only to **Breakdowns** that occur in the United States or Canada.

D. **Limit of Liability:**

**Our** total Aggregate Limit of Liability for all **Claims** paid or payable during the term of this **Service Contract** shall not exceed a total dollar amount of ten thousand ($10,000) dollars.

Once the maximum limit of liability has been reached, this **Service Contract**, its transfer and cancellation rights terminate and no further **Claims** can be made against **Us**. **We** will not be liable to **You** for consequential damages or injuries, nor for any costs or expenses that provide betterment, upgrade, or enhancement to **Your Vehicle**. This limit of liability applies regardless of the cause and regardless of the legal theory asserted. There are no warranties that extend

beyond the description on the face hereof. The warranties of merchantability and fitness for a particular purpose are expressly excluded and disclaimed.

E. <u>Deductible:</u>

In the event of a **Breakdown** covered by this **Service Contract**, **You** are required to pay a **Deductible**, as shown on the **Application**, per repair for covered **Breakdowns**.

F. <u>Transfer of Service Contract:</u>

**Your Service Contract** may be transferable to someone to whom **You** sell or otherwise transfer **Your Vehicle** while this **Service Contract** is still in force. This **Service Contract** cannot be transferred if the title transfer of **Your Vehicle** passes through an entity other than the subsequent buyer, or **Your Vehicle** is sold or traded to a dealership, leasing agency or entity/individual in the business of selling vehicles. This **Service Contract** can only be transferred once and the transfer must be initiated by the original **Service Contract Purchaser**. In order to transfer the **Service Contract**, the following must be submitted to the **Administrator** within thirty (30) days of the change of ownership to the subsequent individual purchaser:

- A completed transfer application form signed by **You** and the purchaser of **Your Vehicle**. (Contact the **Administrator** to obtain a copy of the transfer application form);

- A seventy-five dollar ($75) transfer fee made payable to the **Administrator**; and

- Copies of all **Your** maintenance and service receipts for the **Vehicle** as required in **Section VI.** <u>YOUR RESPONSIBILITIES FOR SERVICE AND MAINTENANCE</u>.

Forward all required documentation to the **Administrator** at the address shown in the Declarations Section of the **Application**. Any **Manufacturer's Warranty** must also be transferred at the same time as **Vehicle** ownership transfer. <u>NOTE:</u> The term and/or coverage under some vehicle manufacturer's warranties are reduced upon transfer to a subsequent vehicle owner. **Breakdowns** to components covered by the manufacturer during the term of the original **Manufacturer's Warranty** are not covered under this **Service Contract** regardless of transfer. Copies of all maintenance records and original receipts showing actual oil changes and manufacturer's recommended maintenance must be given to the new owner and provided to the **Administrator** at the time of submission of the transfer request. These maintenance records must be retained along with similar documentation for future maintenance work that the new owner has performed in accordance with **Section VI.** <u>YOUR RESPONSIBILITIES FOR SERVICE AND MAINTENANCE</u>. If these requirements are not met, the **Administrator** has the right to deny transfer of this **Service Contract**.

G. <u>Cancellation Provisions:</u>

1. **You** may cancel this **Service Contract** at any time by contacting **Us** to complete and sign a cancellation form or by mailing written notice to **Us** of **Your** desire to cancel the **Service Contract**.

   a. In either instance the request must be accompanied by a notarized odometer affidavit indicating the current odometer reading as of the date of the cancellation request.

   b. The request for cancellation must be made to **Us** no later than forty-five (45) days of the date that the cancellation is to be effective.

2.  If no **Claim** has been made under this **Service Contract**, **You** may return this **Service Contract** within the first thirty (30) days. The **Service Contract** will be void and **We** will refund to **You** the full amount of money paid by **You**. This right to void the **Service Contract** is not transferable and applies only to the original **Service Contract Holder**.

3.  If the purchase price of **Your Service Contract** has been paid in full at the time of **Your** cancellation request and **You** cancel this **Service Contract** after the first thirty (30) days or any time after a **Claim** has been authorized or paid, **We** will refund an amount of the **Service Contract** price according to the pro-rata method which reflects the greater of the days in force or the miles driven based on the term of the **Coverage Selected** and the date **Coverage** began, less any **Claims** paid or payable on the **Service Contract** where applicable by law. (In the event of a cancellation due to repossession only, **Claims** paid shall not be deducted from any cancellation refund due.) An administrative fee of seventy-five dollars ($75) will be deducted from the cancellation refund.

    If the purchase price of **Your Service Contract** has not been paid in full at the time of **Your** cancellation request, any refund due may be fully or partially paid to the **Lienholder** or other party responsible for collecting payment on **Your Service Contract**, as listed on the **Application**, or any separate payment plan agreement entered into at the time of purchase.

4.  After this **Service Contract** has been in force for more than thirty (30) days, **We** may cancel this **Service Contract** only for:

    **a.**  Non-payment of the **Service Contract** purchase price;

    **b.**  Intentional misrepresentation in obtaining the **Service Contract**;

    **c.**  Intentional misrepresentation in the submission of a **Claim**; or

    **d.**  Discovery of an act or omission by **You** or a violation of any of the condition of this **Service Contract** which occurs after the purchase date of this **Service Contract** and which substantially and materially increases the service required under this **Service Contract**.

5.  **We** may cancel this **Service Contract** by mailing written notice to **You** at **Your** last known address at least ten (10) days prior to the effective date of cancellation with the reason for the cancellation in the notice.

6.  If **You** finance this **Service Contract**, payments made will apply only to **Your Service Contract**, not **Your Vehicle**. The **Lienholder** shown on the **Application** may cancel **Your Service Contract** in the event of **Your** non-payment of the **Service Contract** charge. In the event **Your Service Contract** is cancelled for non-payment, **You** forfeit any and all refund rights under this **Service Contract**.

7.  **Your Service Contract** may be cancelled for non-payment of the **Service Contract** purchase price or if **Your Vehicle** is declared a total loss or repossessed.

8.  If **Your Service Contract** was financed and **You** or **We** cancel this **Service Contract**, the **Lienholder**, if any, will be named on a cancellation refund check as their interest may appear.

9.  If **You** or **We** have cancelled this **Service Contract** and **You** have not received a refund from **Us** within thirty (30) days of such cancellation, **You** may make a **Claim** with the insurance company identified herein.

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION. CLAIMS: (877) 356-1500**

**NOTE:** These Cancellation Provisions apply to the original **Service Contract Purchaser**. **Service Contracts** that have been transferred are not eligible for cancellation.

**H.**   **Right of Removal:**

In the event of any dispute between **Us** and the **Licensed Repair Facility**, **We** shall have the right, with **Your** permission, to move the **Vehicle** to a **Licensed Repair Facility** of **Our** choice.

**I.**   **Subrogation:**

In the event that **Coverage** is provided under this **Service Contract**, **We** shall be subrogated to all the rights **You** may have to recover against any person or organization arising out of any safety defect which is the subject of a voluntary or mandatory recall campaign, as well as out of any order, judgment, consent decree, or other settlement. **You** shall execute and deliver instruments and papers and do whatever is necessary to secure such rights. **You** shall do nothing to prejudice those rights. Further, all amounts recovered by **You** for which **You** have received benefits under this **Service Contract** shall belong to, and be paid to **Us**, up to the amount of benefits paid under this **Service Contract**.

**J.**   **Manufacturer's Statement**

If the term of this **Service Contract** overlaps with the term of **Your Manufacturer's Warranty**, look first to **Your Manufacturer's Warranty** for coverage. This **Service Contract** excludes coverage for any loss covered by **Your Manufacturer's Warranty**, but may nevertheless provide benefits in addition to those provided by **Your Manufacturer's Warranty**.

## V.   WHAT IS NOT COVERED

THIS SERVICE CONTRACT DOES NOT PROVIDE COVERAGE:

**A.**   FOR ANY PARTS OR COMPONENTS NOT SPECIFICALLY LISTED UNDER SECTION II. SCHEDULE OF COVERAGE, OR ANY PARTS OR COMPONENTS LISTED UNDER "OPTIONAL SURCHARGED COVERAGE" WHERE THE APPLICABLE SURCHARGE HAS NOT BEEN PAID.

**B.**   FOR ANY CLAIM NOT RECEIVING PRE-AUTHORIZATION FOR REPAIRS FROM THE ADMINISTRATOR (EXCEPT AS MAY OTHERWISE BE PROVIDED UNDER SECTION VI. YOUR RESPONSIBILITIES FOR SERVICE AND MAINTENANCE – ITEM B3. EMERGENCY REPAIRS).

**C.**   FOR MAINTENANCE SERVICES AND/OR PARTS DESCRIBED AS SUCH BY THE MANUFACTURER AND OTHER NORMAL MAINTENANCE SERVICES AND PARTS WHICH INCLUDE, BUT ARE NOT LIMITED TO: ALIGNMENTS, ADJUSTMENTS, CLEANING, WHEEL BALANCING, TUNE-UPS, SPARK PLUGS, SPARK PLUG WIRES, GLOW PLUGS, MANUAL TRANSMISSION CLUTCH ASSEMBLY (FRICTION CLUTCH DISC, PRESSURE PLATE, FLYWHEEL, AND THROW OUT AND PILOT BEARINGS), MANUAL AND HYDRAULIC LINKAGES, HOSES, DRIVE BELTS, SHOP SUPPLIES, AND ENVIRONMENTAL WASTE CHARGES; ANY COMPONENT THAT ITS SOLE PURPOSE IS FOR ILLUMINATION SUCH AS BUT NOT LIMITED TO: SEALED BEAMS, HIGH-INTENSITY DISCHARGE (XENON) HEADLAMPS OR ASSEMBLIES, LEDs, LIGHT BULBS, AND LENSES.

**D.**   FOR ANY BREAKDOWN RESULTING FROM AN OUTSIDE FORCE INCLUDING: ROAD HAZARD, COLLISION, FIRE, THEFT, VANDALISM, RIOT, EXPLOSION, LIGHTNING, EARTHQUAKE, FREEZING, RUST OR CORROSION, WINDSTORM, HAIL, WATER OR FLOOD, ACTS OF GOD, SALT, ENVIRONMENTAL DAMAGE, INTRODUCTION OF

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION. CLAIMS: (877) 356-1500**

FOREIGN OBJECTS, CHEMICALS; CONTAMINATION OF FLUIDS, FUELS, COOLANTS, OR LUBRICANTS; ANY HAZARD INSURABLE UNDER STANDARD PHYSICAL DAMAGE INSURANCE POLICIES REGARDLESS OF WHETHER SUCH INSURANCE IS IN FORCE, OR ANY CONSEQUENTIAL DAMAGE OR DIMINUTION IN VALUE RESULTING FROM THE FAILURE OF A COVERED OR NON-COVERED PART. DAMAGE RESULTING FROM COAGULATED COOLANTS OR OIL SLUDGE IS NOT COVERED.

E.  FOR ANY BREAKDOWN CAUSED BY NEGLIGENCE, LACK OF SCHEDULED MAINTENANCE REQUIRED BY THE MANUFACTURER'S MAINTENANCE SCHEDULE FOR YOUR VEHICLE (SEE SECTION VI. <u>YOUR RESPONSIBILITIES FOR SERVICE AND MAINTENANCE</u>, ITEM A. <u>MAINTENANCE REQUIREMENTS AND SERVICE HISTORY</u>), FOR IMPROPER SERVICING OR REPAIRS PERFORMED BY YOU OR A LICENSED REPAIR FACILITY, OR FAILURE TO PROTECT YOUR VEHICLE FROM FURTHER DAMAGE HAS OCCURRED (INCLUDING FAILURE TO REPLACE LEAKING SEALS AND/OR GASKETS IN A TIMELY MANNER). FAILURE TO PROVIDE VERIFIABLE PROOF OF MAINTENANCE WILL VOID COVERAGE. ANY BREAKDOWN CAUSED BY THE FAILURE TO MAINTAIN PROPER LEVELS OF LUBRICANTS, AND/OR COOLANTS, OR ANY BREAKDOWN RESULTING FROM OVERHEATING REGARDLESS OF THE CAUSE.

F.  FOR VOICE RECOGNITION SYSTEMS; PERIMETER WARNING SYSTEMS OR ANY PART THEREOF; AND INFRARED SYSTEMS OR ANY PART THEREOF.

G.  FOR ANY REPAIR OR REPLACEMENT OF ANY COVERED PART IF A FAILURE OF THAT PART HAS NOT OCCURRED, OR REPAIR OR REPLACEMENT OF PARTS IN CONNECTION WITH A COVERED REPAIR WHEN THOSE PARTS ARE NOT NECESSARY FOR THE COMPLETION OF THE COVERED REPAIR, OR WERE NOT DAMAGED BY THE FAILURE OF A COVERED PART. SUCH REPAIR OR REPLACEMENT IS CONSIDERED AN IMPROVEMENT TO YOUR VEHICLE AND IS NOT COVERED BY THIS SERVICE CONTRACT.

H.  IF ANY ALTERATIONS NOT RECOMMENDED BY THE MANUFACTURER HAVE BEEN MADE TO YOUR VEHICLE, OR IF YOU ARE USING OR HAVE USED YOUR VEHICLE IN A MANNER NOT RECOMMENDED BY THE MANUFACTURER.

I.  FOR VEHICLES THAT DO NOT HAVE A VALID MANUFACTURER'S VIN OR ARE TITLE BRANDED AS SALVAGE, JUNK, REBUILT, TOTALED, FLOOD DAMAGED, OR MANUFACTURER BUYBACK.

J.  FOR ANY BREAKDOWN IF THE VEHICLE'S ODOMETER HAS BEEN ALTERED OR CEASED TO OPERATE SO THE ACTUAL VEHICLE MILEAGE CANNOT BE DETERMINED.

K.  FOR ANY LIABILITY FOR PROPERTY DAMAGE, OR FOR INJURY TO OR DEATH OF ANY PERSON, ARISING OUT OF THE OPERATION, MAINTENANCE, OR USE OF YOUR VEHICLE, DESCRIBED IN THIS SERVICE CONTRACT, WHETHER OR NOT RELATED TO THE COVERED PARTS. FOR LOSS OF USE, TIME, SHOP DELAYS, PARTS AVAILABILITY, PROFIT, INCONVENIENCE, OR ANY OTHER LOSS OR INCIDENTAL CHARGES.

L.  IF YOUR VEHICLE IS USED FOR TOWING A TRAILER OR ANOTHER VEHICLE OR OBJECT UNLESS YOUR VEHICLE IS EQUIPPED WITH A FACTORY INSTALLED OR FACTORY AUTHORIZED TOW PACKAGE. NO COVERAGE WILL BE PROVIDED IF YOUR VEHICLE IS USED FOR BUSINESS OR COMMERCIAL USE SUCH AS BUT NOT LIMITED TO: RENTAL, TAXI, LIMOUSINE OR SHUTTLE SERVICES, RIDE SHARE ENTERPRISES, DELIVERY, TOWING, ROAD REPAIR OPERATIONS, CONSTRUCTION, JOB SITE ACTIVITIES, HAULING, POLICE OR EMERGENCY SERVICE, PRINCIPALLY OFF-ROAD

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION. CLAIMS: (877) 356-1500**

USE, RACING OR COMPETITIVE DRIVING, SNOW REMOVAL, ROUTE WORK, SERVICE OR REPAIR WORK, OR ANY USE INVOLVING REGULAR MULTIPLE DRIVERS.

M.  THE DAMAGE TO A NON-COVERED PART RESULTING FROM THE FAILURE OF A COVERED PART, OR DAMAGE OF A COVERED PART RESULTING FROM THE FAILURE OF A NON-COVERED PART.

N.  FOR CLAIMS MADE IF THE SERVICE CONTRACT HOLDER NO LONGER OWNS THE VEHICLE REGARDLESS OF WHEN THE FAILURE HAS OCCURRED.

O.  FOR ANY BREAKDOWN OR CONDITION OCCURRING PRIOR TO OR DURING THE WAITING PERIOD.

P.  FOR BREAKDOWNS THAT OCCUR TO YOUR VEHICLE OUTSIDE THE UNITED STATES OF AMERICA OR CANADA.

Q.  FOR DAMAGE AND/OR BREAKDOWN CAUSED BY THE LEAKING OR FAILURE OF ANY SEAL OR GASKET, UNLESS THE APPLICATION SHOWS THAT YOU HAVE PURCHASED THE SURCHARGE FOR SEALS AND GASKETS OPTIONAL COVERAGE AND ONLY AS DEFINED UNDER SECTION II. <u>SCHEDULE OF COVERAGE</u>.

R.  FOR ANY BREAKDOWN CAUSED BY THE GRADUAL REDUCTION IN OPERATING PERFORMANCE DUE TO NORMAL WEAR AND TEAR BASED ON THE AGE AND MILEAGE OF THE VEHICLE.

S.  FOR FAILURE TO ANY COVERED PART(S) CAUSED BY ANY OUTSIDE INFLUENCE OR PHYSICAL DAMAGE, INCLUDING BENT PARTS.

## VI.  <u>YOUR RESPONSIBILITIES FOR SERVICE AND MAINTENANCE</u>

A.  <u>Maintenance Requirements and Service History:</u> **You must have Your Vehicle checked and serviced in accordance with the manufacturer's recommendations, as outlined in the Vehicle Owner's Manual for Your Vehicle.**
<u>NOTE:</u> **Your Vehicle Owner's Manual lists different servicing recommendations based on Your individual driving habits and climate conditions. You are required to follow the normal or severe maintenance schedule that applies to Your conditions. Failure to follow the manufacturer's recommendations that apply to Your specific conditions may result in the denial of Coverage.**
**It is required that You retain "Proof" of maintenance for the service and/or repair work performed on Your Vehicle, regardless if the work was performed by You or a Licensed Repair Facility. "Proof" means repair orders from a Licensed Repair Facility and/or a self-maintained maintenance log that has corresponding "purchase receipts" for oil, filter, coolant, brake system flush, etc. A self-maintained log without corresponding "purchase receipts" is not acceptable as "Proof" of maintenance.**
**Repair orders from a Licensed Repair Facility must be readable and understandable, with customer complaint and repair diagnosis, parts, labor hours, vehicle identification number, date, Vehicle mileage, Your name and signature, repair facility name address and phone number, repair totals, Deductible (if applicable, and method of payment to satisfy  the repair order. "Proof" of maintenance and/or Your self-maintained log, with corresponding original receipts, may be requested by the Administrator for related repairs.**

**B.** <u>In Case of Breakdown or Failure:</u>

If Your Vehicle incurs a Breakdown, You must take the following steps to file a Claim:

1. <u>Prevent Further Damage</u> – Take immediate action to prevent further damage. This Service Contract will not cover the damage caused by not securing a timely repair of the failed component. You may take Your Vehicle to any Licensed Repair Facility of Your choice.

2. <u>Provide Evidence of Coverage</u> – Provide the Licensed Repair Facility with a copy of Your Service Contract and/or Your Service Contract number.

3. <u>Obtain Claim Authorization From the Administrator</u> – Prior to any repair being made, instruct the service manager at the Licensed Repair Facility to obtain an authorization for the Claim. Any Claim for repairs made without prior authorization will not be covered except as provided under "Emergency Repairs".

   The amount authorized by the Administrator is the maximum amount that will be paid for any repairs covered under the terms of this Service Contract. Any additional amount must receive prior approval from the Administrator.

   <u>Emergency Repairs</u> – Should an emergency occur which requires a Breakdown repair to be made at a time when the Administrator's office is closed, You must call the Administrator's office the next business day after the date of repair to determine if such repair will be covered. If it is determined that the repair is to be covered by this Service Contract, You will be reimbursed for the repair. Reimbursement is based on the Manufacturer's Suggested Repair Price for Parts and the labor is based on a nationally recognized labor manual.

   <u>NOTE:</u> Emergency repairs exceeding four hundred dollars ($400) in close must always be pre-authorized by the Administrator. You assume all liability for payment of repairs that are not authorized to the Licensed Repair Facility. Should the Claim be accepted, You will be reimbursed as specified in Section IV. <u>GENERAL PROVISIONS</u> – Item B. <u>Coverage Provided</u>.

   The toll-free number for Emergency Repairs outside of normal business hours is: (877) 356-1500.

4. <u>Authorize Tear-Down and/or Inspection</u> – In some cases, You may need to authorize the Licensed Repair Facility to inspect and/or tear-down Your Vehicle in order to determine the cause and cost of the repair. You will be responsible for these charges if the Breakdown is not covered under this Service Contract. We reserve the right to require an inspection of Your Vehicle prior to any repair being made.

5. <u>Review Coverage</u> – After the Administrator has been contacted, review with the service manager what will be covered by this Service Contract.

6. <u>Pay Any Applicable Deductible</u> – At Our election, We will pay the Licensed Repair Facility or reimburse You the amounts authorized by Us for repairs performed on Your Vehicle that are covered by this Service Contract, less any applicable Deductible, as shown in the Coverage Information section of the Application.

7. <u>Submit the Completed Repair Order Within Thirty (30) Days</u> – Once authorization is obtained and the repair is completed, all repair orders must be submitted to the administrator within thirty (30) days to be eligible for reimbursement.

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION. CLAIMS: (877) 356-1500.**

## VII.  ARBITRATION

**READ THE FOLLOWING ARBITRATION PROVISION ("PROVISION") CAREFULLY. IT LIMITS CERTAIN OF YOUR RIGHTS, INCLUDING YOUR RIGHT TO OBTAIN RELIEF OR DAMAGES THROUGH COURT ACTION.**

Any legal dispute between **You** and the **Administrator** and/or the **Provider** relating to this **Service Contract** shall be resolved through binding arbitration. To begin the arbitration process, either **You** or **We** must make a written demand to the other party for arbitration. The arbitration will take place before a single arbitrator on the panel of the Better Business Bureau (BBB) for Central Ohio at: 1169 Dublin Road, Columbus, OH 43215-1005. The filing fees to begin and to carry out the arbitration process will be shared equally between **You** and **Us**. The Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, will govern and not any state law on arbitration.

The agreed upon arbitration will be administered in keeping with the Binding Pre-Dispute Rules of the BBB that are in effect when the **Claim** is filed. **You** may get a copy of the BBB's rules by contacting the BBB at: 1169 Dublin Road, Columbus, OH 43215-1005, by calling (614) 486-6336 or by visiting www.bbb.org.

Any party to the arbitration may participate by telephone.

**You** agree and understand that this arbitration provision means that **You** give up **Your** right to go to court for any **Claim** covered by this provision and the remaining terms of this **Service Contract**. The parties agree to arbitrate solely on an individual basis, and that this **Service Contract** does not permit class arbitration or any **Claims** brought as a plaintiff or class member in any class or representative arbitration proceeding. The arbitrator may not consolidate more than one person's **Claims**, and may not otherwise preside over any form of a representative or class proceeding. The arbitrator's ruling shall be final and binding on all parties, except for any right of appeal provided by the Federal Arbitration Act.

## VIII.  CLASS ACTION

Any **Claim** must be brought in the parties' individual capacity, and not as a plaintiff or class member in any purported class, collective, representative, multiple plaintiffs, or similar proceeding ("Class Action"). The parties expressly waive any ability to maintain any Class Action in any forum. An arbitrator shall not have authority to combine or aggregate similar **Claims** or conduct any Class Action nor make an award to any person or entity not a party to the arbitration. Any **Claim** that all or part of this Class Action Waiver is unenforceable, unconscionable, void, or voidable may be determined only by a court of competent jurisdiction and not by an arbitrator.

**THE PARTIES UNDERSTAND THAT THEY WOULD HAVE HAD A RIGHT TO LITIGATE THROUGH A COURT, TO HAVE A JUDGE OR JURY DECIDE THEIR CASE AND TO BE PARTY TO A CLASS OR REPRESENTATIVE ACTION, HOWEVER, THEY UNDERSTAND AND CHOOSE TO HAVE ANY CLAIMS DECIDED INDIVIDUALLY THROUGH ARBITRATION.**

## IX.   SPECIAL STATE REQUIREMENTS

The following Special State Requirements and/or Disclosures apply if the **Service Contract** was purchased in one of the following states and supersede any other provision herein to the contrary:

### ARIZONA

**Section IV. GENERAL PROVISIONS – A. Service Contract Coverage Period** is deleted and replaced with the following:

The sale date of the **Service Contract** is the effective date of the **Service Contract**.

**Section IV. GENERAL PROVISIONS – G. Cancellation Provisions – Item 3.** is deleted and replaced with the following:

3.   If the  purchase price of **Your Service Contract** has been paid in full at the time of **Your** cancellation request and **You** cancel this **Service Contract** after the first thirty (30) days or anytime after a **Claim** has been authorized or paid, **We** will refund an amount of the **Service Contract** purchase price shown in the Coverage Information section of the **Application** according to the pro-rata method which reflects the greater of the days in force or the miles driven based on the term of the **Coverage Selected** and the date **Coverage** began. An administrative fee of seventy-five dollars ($75) will be deducted from the cancellation refund.

If the purchase price of **Your Service Contract** has not been paid in full at the time of **Your** cancellation request, any refund due may be fully or partially paid to the **Lienholder** or other party responsible for collecting payments on **Your Service Contract**, as listed in the Lienholder Information section of the **Application**, or any separate payment plan agreement entered into at the time of **Service Contract** purchase.

**Section IV. GENERAL PROVISIONS – G. Cancellation Provisions – Item 4.** is amended to include the following:

4.   **We** will not cancel or void this **Service Contract** due to pre-existing conditions, prior use or unlawful acts relating to the product or misrepresentation by **Us** or **Our** subcontractors. Neither **We**, **Our** assignees, nor **Our** subcontractors will cancel or void **Coverage** under this **Service Contract** due to acts or omissions or **Our** failure or **Our** assignee's or **Our** subcontractor's failure to provide correct information or to perform the services or repairs provided in a timely, competent and workmanlike manner.

**Section V. WHAT IS NOT COVERED –** The paragraphs below have been deleted and replaced as follows:

E.   FOR ANY BREAKDOWN CAUSED BY YOU, WHILE YOU OWNED THE VEHICLE TO INCLUDE: MISUSE, ABUSE, NEGLIGENCE, LACK OF SCHEDULED MAINTENANCE REQUIRED BY THE MANUFACTURER'S MAINTENANCE SCHEDULE FOR YOUR VEHICLE (SEE SECTION VI. <u>YOUR RESPONSIBILITIES FOR SERVICE AND MAINTENANCE</u>), OR IMPROPER SERVICING OR REPAIRS PERFORMED BY YOU OR A LICENSED REPAIR FACILITY. FAILURE TO PROVIDE VERIFIABLE PROOF OF MAINTENANCE WILL/MAY VOID COVERAGE. FOR ANY BREAKDOWN CAUSED BY PRE-IGNITION, DETONATION, CARBON, SLUDGE OR VARNISH BUILD-UP, LUBRICANT BLOCKAGE OR THE FAILURE TO MAINTAIN PROPER LEVELS OF LUBRICANTS, AND/OR COOLANTS, OR ANY BREAKDOWN RESULTING FROM FAILURE TO PROTECT YOUR VEHICLE FROM FURTHER DAMAGE WHEN A BREAKDOWN HAS OCCURRED.

YOU ARE RESPONSIBLE FOR MAKING CERTAIN THAT THE OIL AND TEMPERATURE WARNING LIGHTS/GAUGES ARE FUNCTIONING PROPERLY. YOU MUST PULL OFF THE ROAD IMMEDIATELY, AS IS SAFE, AND DISCONTINUE VEHICLE OPERATION WHEN EITHER OF THESE LIGHTS/GAUGES INDICATE INADEQUATE PROTECTION OR PERFORMANCE.

H.   IF ANY ALTERATIONS HAVE BEEN MADE TO YOUR VEHICLE WHILE OWNED BY YOU, OR YOU ARE USING OR HAVE USED YOUR VEHICLE IN A MANNER NOT RECOMMENDED BY THE MANUFACTURER, INCLUDING, BUT NOT LIMITED TO DAMAGE RESULTING TO ANY CUSTOM OR ADD-ON PART OR FAILURE AS A RESULT OF ANY CUSTOM OR ADD-ON PART, INCLUDING BUT NOT LIMITED TO: ALL FRAME OR SUSPENSION MODIFICATIONS, LIFT KITS, OVERSIZED/UNDERSIZED TIRES, TRAILER HITCHES, ENGINE MODIFICATIONS, TRANSMISSION MODIFICATIONS, AND/OR DRIVE AXLE MODIFICATIONS, EMISSIONS AND/OR EXHAUST SYSTEMS MODIFICATIONS. OVERSIZED TIRES CAUSE YOUR ODOMETER TO READ IMPROPERLY. YOU MUST RETAIN PROOF THAT YOUR VEHICLE'S ODOMETER HAS BEEN RECALIBRATED SO THAT THE TRUE AND ACTUAL MILEAGE CAN BE DETERMINED. IF PROOF CANNOT BE PROVIDED, THE ADMINISTRATOR HAS THE RIGHT TO RECALCULATE YOUR EXPIRATION MILEAGE IN ACCORDANCE WITH INDUSTRY STANDARDS.

J.   FOR BREAKDOWNS, IF THE VEHICLE'S ODOMETER, WHILE YOU OWN THE VEHICLE, IS BROKEN, HAS BEEN ALTERED AND/OR CEASED TO OPERATE SO THE ACTUAL VEHICLE MILEAGE CANNOT BE DETERMINED. IF THE ODOMETER HAS CEASED TO OPERATE YOU MUST SEEK REPAIR IMMEDIATELY.

Section VII. **ARBITRATION** is amended to include the following:

**You** have a right under A.R.S. 20-1095-04 to contact the Director of Insurance in the event of any dispute. Arbitration cannot supersede the Unfair Trade Practice Provision of Arizona law pursuant to A.R.S. 20-1095-04 and 20-1095-09.

# PAYMENT PLAN AGREEMENT

Payment Plan Provider provided by:
**SING For Service, LLC d/b/a MEPCO**
10 S. Lasalle St., Suite 2310, Chicago, IL 60603
Fax: 866-656-6518     Telephone 800-397-6767

## Purchaser:

Name:
Address:
City/State/Zip:
Phone:

## Seller:

Name:
Address:
City/State/Zip:
Phone:
Salesperson:

### Payment Plan Terms *(all dollar amounts are in U.S. dollars)*

Total Sales Price ................................. $ _____

Down Payment ................................... $ _____
**(Minimum 5% of Total Sales Price)**

**Balance of Sales Price** ..................... $ _____

Number of Payments ........................... _____

Amount of Each Payment .................. $ _____
**(Balance of Sales Price divided by
Number of Payments)**

Payment Date (each month) ................. _____
**(First due date no more than 30 days
from sale date)**

Final Payment Date .............................. _____
**(Date of last payment)**

This Payment Plan Agreement ("Agreement") is between Purchaser and SING For Service, LLC d/b/a Mepco ("MEPCO"), a Seabury Asset Management Company. Purchaser has purchased a service contract ("Contract") from Seller that is issued by Administrator listed below ("Administrator"). This Agreement is entered into to enable Purchaser to pay for the Contract pursuant to an installment payment program.

**Year:** _____

**Make:** _____

**Model:** _____

**VIN:** _____

**Term:** _____  **Odometer:** _____

**Contract #:** _____

**Contract:** _____

**Administrator:** _____

**Contract and Payment Plan**

**Effective Date:** _____

Refer to the Contract for the terms and conditions regarding the Contract.

In consideration of Purchaser being afforded the opportunity to pay for the Contract under the installment payment program, the Purchaser and MEPCO acknowledge and agree as follows:

Purchaser has paid to Seller for its account in cash the down payment disclosed under "Payment Plan Terms" towards the Total Sales Price of the Contract. The Balance of Sales Price shall be paid by Purchaser to MEPCO. Subject to the Cancellation provisions on Page F3 hereof, Purchaser promises to pay MEPCO, the Balance of Sales Price in accordance with the payment method selected by Purchaser from the options set forth below.

---

### Authorization for Credit Card Payment

The Balance of Sales Price may be paid by Purchaser through, and Purchaser hereby authorizes MEPCO to make, the applicable number of consecutive monthly charges to Purchaser's credit card account listed below, in the amounts and on the dates disclosed under the Payment Plan Terms, until such time as the Balance of Sales Price, together with the applicable charges described on page F3 hereof (the "Applicable Charges"), are fully paid, or until such time as MEPCO has received written notification of termination ("Credit Card Payment Termination Notice") from Purchaser in time to allow reasonable opportunity to act on it.

_____   _____   _____
Credit Card Number                   Expiration Date (MM/YY)                   Type of Card

I authorize charges to my credit card account for payment of the Balance of Sales Price together with all Applicable Charges in accordance with this Agreement.

---

PURCHASER SHALL HAVE THE RIGHT, AT ANY TIME, TO CANCEL THE CONTRACT BY NOTICE TO MEPCO ("Termination Notice") OR BY NONPAYMENT. PURCHASER SHALL HAVE NO OBLIGATION TO MAKE ANY INSTALLMENT PAYMENTS AFTER CANCELLATION. Subject to the Cancellation provisions on Page F3 hereof, unless MEPCO shall previously have received a Bill Termination Notice, (i) a late payment fee may be imposed in the amount of the lesser of 5% of the late payment or $5.00 in respect of any payment not received by MEPCO within five days of the scheduled Payment Date therefor (the "Late Charge"), and (ii) in the event that any scheduled payment is not made on or before the scheduled Payment Date, as provided in the Payment Plan Terms above, MEPCO is authorized by Purchaser (without notice thereof to Purchaser) to direct Administrator or Seller to cancel Purchaser's Contract and this Agreement at any time for nonpayment. Purchaser hereby assigns to MEPCO all of Purchaser's right, title and interest in and to the Contract, including Purchaser's rights to cancel the Contract, receive all unearned and refund amounts under the Contract and Purchaser's right to make a direct claim for indemnity against the Insurance Company. Purchaser represents to MEPCO that Purchaser's decision to purchase the Contract from Seller under the payment program did not result in Seller charging Purchaser a different Total Sales Price for the Contract than Purchaser would have paid if Purchaser had decided instead to pay the purchase price of the Contract in full at the time this Agreement was executed. The content and format of this Agreement have been adopted to provide Purchaser with important information in a clear and familiar form, and their use does not imply that any particular federal or state law relating to lending or installment sales is applicable to this Agreement or the transaction it contemplates. IF YOU FAIL TO MAKE ANY PAYMENT WHEN DUE, YOUR CONTRACT WILL BE CANCELLED.

By signing below, I agree I have had the opportunity to review, accept, and correct any errors contained in this Agreement.

☐ Purchaser understands that the personal information regarding Purchaser that is provided by Purchaser in connection with this Agreement will not be used or shared with any other party other than for the purpose of providing the services required by this Agreement and the Contract and as required or permitted by applicable law.

_____
PURCHASER

_____
DATE

☒ This Agreement sets forth the terms and conditions of the payment plan authorized by Purchaser by phone or other electronic means. See page F3 for instructions to cancel.

**See page F3 for additional terms and conditions**

## PAYMENT PLAN AGREEMENT

**PROMISE TO PAY**: In consideration of the sale of the Contract to Purchaser, Purchaser promises to pay to MEPCO, the Balance of Sales Price and all Applicable Charges shown under Payment Plan Terms, subject to the provisions of this Agreement.  Purchaser shall not have any right to reduce any amount owed to MEPCO pursuant to this Agreement for any reason whatsoever.

**CANCELLATION**: Purchaser has the right to cancel this Agreement at any time.  Purchaser may cancel this Agreement at any time by (i) electing not to make the next payment due pursuant to this Agreement or (ii) sending MEPCO a Termination Notice.  In the event that (a) Purchaser elects not to make the next payment due pursuant to this Agreement, (b) MEPCO receives a Termination Notice or (c) an Event of Default occurs hereunder, MEPCO may cancel the Contract and this Agreement.   After the effective date of Cancellation, Purchaser shall have no further obligation to make installment payments under this Agreement.  **IMPORTANT: Cancelling this Agreement does not immediately cancel your Contract; It only cancels your payment plan.  Coverage under your Contract will eventually be cancelled (in accordance with the terms of this Agreement) based on your nonpayment.  However, you should contact the Seller or Administrator in order to immediately cancel your Contract.**  Purchaser hereby assigns to MEPCO all of Purchaser's right, title and interest in and to the Contract, including Purchaser's rights to receive all unearned and return amounts and to assert any rights to reinstate the Contract and all proceeds thereof, and Purchaser's right to make a direct claim for indemnity against the Insurance Company.  In the event that Purchaser has made total payments to MEPCO in excess of the portion of the Total Sales Price plus Applicable Changes earned through the date of cancellation, Administrator or Seller shall refund the amount of such excess to Purchaser.

**POWER OF ATTORNEY**: Following any default hereunder, and subject to the Cancellation provisions above, Purchaser hereby irrevocably appoints MEPCO as its true and lawful attorney-in-fact, only for the limited purposes related to this Agreement set forth in the following sentence until all amounts payable hereunder are paid in full.  MEPCO shall have full power under this power of attorney to (i) cancel the Contract, (ii) receive, demand, collect or sue a n y p a r t y for any amounts relating to the Contract, (iii) endorse or execute in Purchaser's name all checks issued and all other documents or instruments relating to the Contract, and (iv) take such other actions as are reasonably necessary to further the purposes of this Agreement.

**APPLICABLE CHARGES**: If any payment due hereunder is more than five days late, and except as prohibited by applicable law, Purchaser agrees to pay MEPCO the Late Charge. Nothing herein shall be considered to waive any default hereunder or to grant any grace period with respect to any default for failure to make any payment on the Payment Date.  Notwithstanding anything herein to the contrary, in the event that any scheduled payment is not made on or before the Payment Date, MEPCO may, in its sole discretion, direct Administrator or Seller to cancel the Contract and this Agreement at any time for nonpayment. Except as prohibited by applicable law, Purchaser agrees to pay to MEPCO a fee of $25 for each check or each debit that is dishonored by Purchaser's bank. Purchaser consents to the payment of all of the Applicable Charges in accordance with the Payment Option selected.

**DEFAULT PAYMENT OPTION**: If Purchaser fails to select a Payment Option, Purchaser shall be deemed to have selected a Monthly Bill.

**PREPAYMENT**: Purchaser shall have the right to prepay the entire unpaid Balance of Sales Price at any time, without penalty or discount.

**DEFAULT**: If (i) Purchaser  fails to make any payment due hereunder or comply with any other provision hereof, (ii) Purchaser becomes the subject of any voluntary or involuntary bankruptcy proceedings, (iii) Purchaser has a receiver or trustee appointed for it or its property, or (iv) Purchaser makes an assignment for the benefit of its creditors or admits in writing that it is unable to pay its debts as they become due, an "Event of Default" shall be deemed to have occurred. Upon the occurrence of an Event of Default, MEPCO shall have the right to take such actions as are available to MEPCO hereunder at law or in equity.  MEPCO shall be entitled to reimbursement for reasonable attorneys' fees and costs in enforcing MEPCO's rights hereunder.

**RELEASE**: Purchaser hereby releases and discharges MEPCO from any liability for damages with respect to any action taken following an Event of Default by Purchaser and shall indemnify and hold MEPCO harmless from any liabilities, claims, damages or causes of action in connection with any such action by MEPCO.

**PAYMENT AFTER CANCELLATION**: Any payment made by Purchaser after the effective date of cancellation (or after a notice of cancellation is mailed to Purchaser) will **not** result in a reinstatement of the Contract but will be applied to Purchaser's outstanding obligations, if any, under this Agreement. Neither the acceptance nor the application of any such payments shall constitute an undertaking by MEPCO to take steps to attempt to reinstate such Contract or constitute a waiver of any Event of Default hereunder.

**ACCEPTANCE, RATIFICATION, ACCURACY**: This Agreement shall be considered accepted by Purchaser and MEPCO upon the payment of the down payment and is effective as of Effective Date of Contract.  Purchaser agrees that MEPCO shall have the authority to revise this Agreement to insert any provision omitted (including but not limited to the

due date of the first installment) upon written notice to Purchaser.  In addition, if the total payments due hereunder are increased due to underwriting considerations, MEPCO shall have the right, upon receipt of Purchaser's written authorization, to revise dollar amounts on the face of this Agreement.  Any change by Purchaser (by way of deletion, modification, supplementation or otherwise), to any portion of this Agreement shall render the Agreement voidable, at MEPCO's option.

**ASSIGNMENT**: MEPCO may, with or without notice to Purchaser, assign or pledge its rights, title and interest in, to and under this Agreement and the power of attorney herein described.  Upon written notice from any such assignee, Purchaser shall make all payments to such assignee without defense, offset or counterclaim.

**AGENTS OF SING For Service, LLC d/b/a MEPCO; AUTHORITY:**  Pursuant to one or more powers of attorney, MEPCO will, from time to time, appoint one or more third parties as its agent to take certain actions on its behalf in connection with this Agreement. The Purchaser is entitled to rely upon actions taken and statements made by such agents on behalf of, and in the name of, MEPCO to the same extent as if MEPCO had taken such actions or made such statements in its own name.

**LIMITED RESOURCE COVENANT:** The Purchaser understands and agrees that: (i) Mepco's obligations are solely the obligations of Mepco and of no other Person, payable at any time only to the extent funds are available to Mepco, (ii) to the extent funds at any time are not available to Mepco to pay such obligations, any claims relating thereto shall not constitute a claim against Mepco but shall continue to accrue; (iii) the payment of any claim (as defined in Section 101 of Title 11 of the Bankruptcy Code) is expressly subordinated to the payment in full of all of Mepco's outstanding obligations to its lenders and the administrative agent; and (iv) prior to the date that is one year and one day after the payment in full of all of Mepco's outstanding obligations, the Purchaser will not institute against, or join with any other Person in instituting against, Mepco any bankruptcy, reorganization, insolvency or liquidation proceedings or similar proceeding under the laws of the United States or any state of the United States.

**WAIVERS, REMEDIES, ENTIRE AGREEMENT:** MEPCO's failure to require strict performance of any provision hereof or to exercise any of its rights hereunder, shall not be construed as a waiver or relinquishment of any future rights under such provision, but the provision shall continue and remain in full force and effect.  The exercise of any rights or remedies by MEPCO under this Agreement is cumulative and shall not preclude MEPCO from exercising any other right or remedy it may have hereunder or at law.  Each provision hereof shall be interpreted in such manner as to be effective and valid under applicable law.  If any provision hereof is held to be unenforceable or invalid under applicable law, the unenforceability or invalidity of such provision shall not impair the validity or enforceability of the remaining provisions hereof.  Time is of the essence in this Agreement.

**MANDATORY ARBITRATION**: MEPCO and Purchaser mutually agree that (i) any one of them has the right to elect to resolve by binding arbitration:

any claim, dispute or controversy (whether in contract, tort or otherwise, whether pre-existing, present or future, and including statutory, common law, intentional tort, and equitable claims) arising from or relating to this Agreement; (ii) if arbitration is chosen, it will be conducted with the American Arbitration Association (the "AAA") pursuant the AAA's Commercial Arbitration Rules; (iii) THERE SHALL BE NO AUTHORITY FOR ANY CLAIMS TO BE ARBITRATED ON A CLASS ACTION BASIS; (iv) AN ARBITRATION CAN ONLY DECIDE MEPCO'S OR PURCHASER'S CLAIM(S) AND MAY NOT CONSOLIDATE OR JOIN THE CLAIMS OF OTHER PERSONS WHO MAY HAVE SIMILAR CLAIMS; (v) ANY SUCH ARBITRATION HEARING WILL TAKE PLACE IN THE BOROUGH OF MANHATTAN, CITY OF NEW YORK, NEW YORK; (vi) Purchaser hereby waives any objection which it may now or hereafter have based on venue and/or forum non conveniens of any such arbitration; and (vii) this Agreement is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act.

**GOVERNING LAW AND VENUE**: This Agreement shall be governed by and construed in accordance with the laws of the State of New York without regard to applicable conflict of law principles.  Purchaser hereby unconditionally and irrevocably waives any claim to assert that the law of any other jurisdiction governs this Agreement or the Contract. Any legal suit, action or proceeding against MEPCO arising out of or relating to the Agreement or the Contract may only be instituted in Federal or State Court in the State of New York, Borough of Manhattan, City of New York, New York.  Purchaser hereby waives any objection which it may now or hereafter have based on venue and/or forum non conveniens of any such suit, action or proceeding and Purchaser hereby irrevocably submits to the jurisdiction of any such court in any such suit.

**WAIVER OF CLASS ACTION**: PURCHASER HEREBY WAIVES ANY RIGHT TO BRING ANY LEGAL ACTION OR PROCEEDING WITH RESPECT TO THIS AGREEMENT, THE CONTRACT OR ANY MATTER ARISING IN CONNECTION THEREWITH ON A CLASS ACTION BASIS.

**WAIVER OF JURY DEMAND**: PURCHASER HEREBY AGREES NOT TO ELECT A TRIAL BY JURY OF ANY ISSUE TRIABLE OF RIGHT BY JURY WITH REGARD TO THIS AGREEMENT, THE CONTRACT OR ANY OTHER ACTION ARISING IN CONNECTION HEREWITH OR THEREWITH.  MEPCO IS HEREBY AUTHORIZED TO FILE A COPY OF THIS PARAGRAPH IN THE EVENT OF ANY SUCH PROCEEDING.

CHARLES GONZALEZ
PO BOX 262
CHANDLER  AZ    85244-0262

0 - uaap-nadp - DPPENH - 4